**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 1, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00539-CV

---

## IN RE SAMSUNG SDI CO., LTD., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-48176**

---

## MEMORANDUM OPINION

On July 22, 2022, relator Samsung SDI Co., Ltd., filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jeralynn Manor, presiding judge of the 80th District Court of Harris County, to vacate the trial court's July 5, 2022 order granting Plaintiff/real party in interest Samuel Wolbrueck's motion to compel.

On November 16, 2022, relator filed an unopposed motion to dismiss its petition for writ of mandamus, advising this Court that relator and the real party in interest had reached an agreement regarding the jurisdictional discovery that is the subject of relator's mandamus petition. Relator requests that this Court dismiss its petition for writ of mandamus.

Accordingly, we grant the unopposed motion to dismiss the petition for writ of mandamus. Relator's petition for writ of mandamus is dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.